**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01146-REB-KLM

LINDA L. WILD, a Colorado resident,
ADVANTAGE TAX SOLUTIONS, INC., a Colorado corporation,
CHRIS CASSON, a Colorado resident,
GILBERT VIGIL, a Colorado resident,
PHIL LORING, JR., a Colorado resident,
DEBORAH E. SCHMIDT, a Colorado resident,
TODD H. SHANNON, a Colorado resident,
JEANNINE HARDING, a Colorado resident, and
KEVIN POLANSKY, a Colorado resident,

    Plaintiffs,

v.

H&R BLOCK, INC., a Missouri corporation,
H&R BLOCK TAX SERVICES, INC., a Missouri corporation,
H&R BLOCK ENTERPRISES, LLC, a Missouri limited liability company,
H&R BLOCK SERVICES, INC., a Missouri corporation, and
HRB TAX GROUP, INC., a Missouri corporation,

    Defendants.

## MINUTE ORDER[1]

    The plaintiff's **Information for Temporary Restraining Order** [#12] filed May 3, 2011, has been docketed in the court's CM/ECF[2] system as a motion for temporary restraining order. The content of this document [#12], however, does not constitute a motion for temporary restraining order or a motion of any kind. To the extent the plaintiff's **Information for Temporary Restraining Order** [#12] filed May 3, 2011, can be read as a motion, it is denied as moot. The court reads the plaintiffs' **Application for Temporary Restraining Order / Motion for Preliminary Injunction** [#9], which was filed initially in state court, as containing the substance of the plaintiffs' request for injunctive relief.

    Dated:  May 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] CM/ECF refers to the court's case management and electronic case filing system.