**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01146-REB-KLM

LINDA L. WILD, a Colorado resident,
ADVANTAGE TAX SOLUTIONS, INC., a Colorado corporation,
CHRIS CASSON, a Colorado resident,
GILBERT VIGIL, a Colorado resident,
PHIL LORING, JR., a Colorado resident,
DEBORAH E. SCHMIDT, a Colorado resident,
TODD H. SHANNON, a Colorado resident,
JEANNINE HARDING, a Colorado resident, and
KEVIN POLANSKY, a Colorado resident,

    Plaintiffs,

v.

H&R BLOCK, INC., a Missouri corporation,
H&R BLOCK TAX SERVICES, INC., a Missouri corporation,
H&R BLOCK ENTERPRISES, LLC, a Missouri limited liability company,
H&R BLOCK SERVICES, INC., a Missouri corporation, and
HRB TAX GROUP, INC., a Missouri corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal, <u>With</u> <u>Prejudice</u>** [#34][1] filed September 13, 2011. After reviewing the stipulation and the file, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Stipulation of Dismissal, <u>With</u> <u>Prejudice</u>** [#34] filed September 13, 2011, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 14, 2011, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge